December 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON
AND CONNIE V. HARRISON

NO. 14-15-00430-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on April 17, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Connie V. Harrison.

We further order this decision certified below for observance.